**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0656

City of Baton Rouge and Parish of East Baton Rouge

- - Versus - -

Giovanni Mucciacciaro

19th Judicial District Court
Case #: 551784
East Baton Rouge Parish

On Application for Rehearing filed on 06/08/2022 by Giovanni Mucciacciaro

Rehearing _____ *denied* .

_____
Vanessa Guidry Whipple

_____
Allison H. Penzato

_____
Chris Hester

Date ___JUN 2 9 2022___

_____
Rodd Naquin, Clerk